**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isiah Romont Hill,<br><br>　　　　Petitioner,<br><br>vs.<br><br>William White, et al.,<br><br>　　　　Respondents. | No. CV-10-1339-PHX-PGR<br><br><br><br>ORDER |

The Court having entered its order (Doc. 52) and judgment (Doc. 55) on May 2, 2011 dismissing the petitioner's habeas petition filed pursuant to 28 U.S.C. § 2254, and the petitioner having filed a notice of appeal (Doc. 56) to the Ninth Circuit Court of Appeals on May 6, 2011,

IT IS ORDERED that the petitioner's motion entitled "Title VII Judgment F.R.C.P. Rule 55(A) Default" (Doc. 60) is summarily denied.

DATED this 17th day of May, 2011.

Paul G. Rosenblatt
United States District Judge